IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRENTON DAVIS,

        Petitioner,

v.

SERVPRO OF S.E. TAMPA AND
SUMMIT CONSULTING INC.,

        Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4864

Opinion filed February 3, 2016.

Petition for Writ of Certiorari.

Bill McCabe, Longwood, for Petitioner.

Jeffrey J. Kerley and David K. Beach of Rissman, Barrett, Hurt, Donahue &
McLain, P.A., Tampa, for Respondents.

PER CURIAM.

        DENIED.

ROWE, RAY, and BILBREY, JJ., CONCUR.